No. 11-6220. Ronald Velasquez, Petitioner v. Richard Kirkland, Warden.

565 U.S. 1016, 132 S. Ct. 554, 181 L. Ed. 2d 400, 2011 U.S. LEXIS 7942.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 639 F.3d 964.